1  Robert J. McKennon (SBN 123176) *rm@mckennonlawgroup.com*
2  Amber L. Dufault (SBN 190795) *ad@mckennonlawgroup.com*
   **McKENNON LAW GROUP PC**
3  20321 SW Birch Street, Suite 200
   Newport Beach, California 92660
4  Phone:  949-387-9595  |  Fax:  949-385-5165

5  Attorneys for Plaintiff, JULIE HODGSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| JULIE HODGSON, | Case No.: 5:20-cv-01477-PSG-KK |
|---|---|
| Plaintiff, | Action Filed: July 24, 2020 |
| vs. | Trial Date: Not Set |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON; and DOES 1 through 10, inclusive, | **PLAINTIFF JULIE HODGSON'S NOTICE OF SETTLEMENT** |
| Defendants. | |





      PLEASE TAKE NOTICE, that Plaintiff Julie Hodgson ("Plaintiff") and Defendant Lincoln Life Assurance Company of Boston ("Defendant") have reached a confidential agreement to settle and resolve all of Plaintiff's claims against Defendant related to the above-captioned matter, including any claims for attorneys' fees, interest and costs.  The parties intend to file a dismissal with prejudice upon completion of the settlement.

Dated:  October 16, 2020                        **McKENNON LAW GROUP PC**

                                                    By: *[signature]*
                                                    ROBERT J. McKENNON
                                                    AMBER L. DUFAULT
                                                    Attorneys for Plaintiff, JULIE HODGSON

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 20321 SW Birch St., #200, Newport Beach, California 92660; Fax 949-385-5165; E-mail address: dc@mckennonlawgroup.com.

I hereby certify that on October 16, 2020, I served the foregoing documents described as: PLAINTIFF JULIE HODGSON'S NOTICE OF SETTLEMENT on the interested parties as follows:

| | |
|---|---|
| Jenny H. Wang<br>jenny.wang@ogletree.com<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.<br>Park Tower, Fifteenth Floor<br>695 Town Center Drive<br>Costa Mesa, CA 92626<br>Telephone: 714-800-7900<br>Facsimile: 714-754-1298 | Attorneys for Defendant, Lincoln Life Assurance Company of Boston<br>☒ ECF Participant |

☒ **ECF/CM:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the notification address(es) of record and caused such envelope(s) to be delivered by ☐ **FIRST-CLASS MAIL** ☐ **OVERNIGHT DELIVERY**.

☐ **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the notification electronic mail address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐ **FACSIMILE:** Based on ☐ courtesy ☐ court order ☐ agreement of the parties, I caused a true copy thereof to be served by transmitting via facsimile machine to the notification facsimile number(s) of record before close of business. The transmission was reported as complete, without error.

☐ **PERSONAL DELIVERY:** I caused ☐ the original ☐ a true copy thereof to be delivered by hand to the notification address(es) of record by an employee or independent contractor of a registered process service.

I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed at Newport Beach, California on October 16, 2020.

NAME: _____ *Debi Cartee* _____
(Signature)

Case No.: 5:20-cv-01477-PSG-KK