JS-6

FILED
CLERK, U.S. DISTRICT COURT

11/10/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ____WH____ DEPUTY

LINK #19

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HODGSON,<br><br>           Plaintiff,<br><br>      v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; AND DOES 1 TO 10, INCLUSIVE,<br><br>           Defendants. | Case No. 5:20-cv-01477-PSG (KKx)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL<br><br>Complaint served: August 12, 2020<br>District Judge: Philip S. Gutierrez<br>Magistrate Judge: Kenly Kiya Kato |

1  PURSUANT TO THE STIPULATION OF THE PARTIES, it is hereby ordered
2  that the above-referenced action is dismissed with prejudice as to all parties and as to
3  all claims for relief.  It is further ordered that the parties shall bear their own attorneys'
4  fees and costs.

6  IT IS SO ORDERED.

8  Dated: _____11/10/2020_____

_____
The Honorable Philip S. Gutierrez
United States District Court Judge